PETER R. DION-KINDEM (SBN 95267)
PETER R. DION-KINDEM, P. C.
DION-KINDEM & CROCKETT
21271 Burbank Blvd., Suite 100
Woodland Hills, CA 91367
Telephone:  (818) 883-4400
Fax:             (818) 676-0246

**MADE JS-6**

Attorneys for Plaintiff Barry Rosen

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Barry Rosen,<br><br>    Plaintiff,<br><br>    vs.<br><br>Sarah Akus, and Does 1 through 10,<br><br>    Defendants. | **Case No. CV12-02296-GW(Ex)**<br><br>**Order Dismissal of Action as to Defendant Sarah Akus** |

Pursuant to the Stipulation of the parties, this action is dismissed with prejudice as to Defendant Sarah Akus with each of the parties bearing his own fees and costs.

Dated: April 24, 2012

_____
GEORGE H. WU, U.S. District Judge

**Order on Joint Stipulation re Dismissal of Action as to Defendant Sarah Akus**

1